# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133054(26)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WALTER JAMES KYES,
      Defendant-Appellant.

_____/

SC: 133054
COA: 273734
Jackson CC: 05-006863-FH

On order of the Court, the motion for reconsideration of this Court's April 24, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

Clerk

d0723